**Order entered September 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01059-CV

### IN RE KENNETH LEO BUHOLTZ, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-51173-2010**

## ORDER

Before the Court is relator's petition for writ of mandamus. To permit the Court to resolve the petition, we **ORDER** Andrea Stroh Thompson, District Clerk of Collin County, Texas to file within **three (3) days of the date of this order** a certified clerk's record including all orders in this case dated after October 30, 2013 and a copy of the Court's docket sheet.

/s/    ELIZABETH LANG-MIERS
       JUSTICE